MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA
# THIRD DIVISION

**Unclaimed Dividends and/or**
**Distributions Less Than $5 For Deposit To Registry Fund**

Debtors:　Duane & Michelle Gobrecht

Chapter 7

Case No. 09-32956

Please Check One:

__X__　Unclaimed Dividends

_____　Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| IRET Properties<br>c/o Messerli & Kramer (Joe Lawver)<br>100 South 5th Street, #1400<br>Minneapolis, MN 55402 | 8 | $202,462.14 | $3,418.37 |

Date: May 16, 2011

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475